■ JEWISH CENTER OF MT. VERNON, INC., Respondent, v. MT. EDEN CEMETERY ASSOCIATION, INC., Appellant, and CEMETERY BOARD OF THE STATE OF NEW YORK, Intervening-Defendant-Appellant.— Motion by plaintiff-respondent for reargument denied. Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ DOROTHY C. CROMBIE et al., Appellants, v. HUBERT J. MILLER et al., Individually and as Partners Trading as VALLEY INN, Respondents.— Motion by appellants for leave to appeal to the Court of Appeals. Motion denied. Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ ANNA M. HENNING, Appellant, v. GUSTAV HENNING, Respondent.— Motion by appellant for leave to dispense with printing of the record on appeal, granted. The appeal will be heard on the original papers. Appellant's printed brief shall include a copy of the opinion of the court below. Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ MARIE J. LEDERMAN, Respondent, v. THEODORE LEDERMAN, Appellant.— Motion by appellant for a stay, pending appeal. Motion denied. Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ MAX HARRISON, Appellant, v. JULIAN WIENER et al., Respondents.— On the call of the calendar, appeal dismissed. There was no appearance for appellant, and appellant failed to comply with an order of this court, dated November 2, 1961, requiring him to perfect his appeal for the January 1962 Term. Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ HUHN ASSOCIATES, INC., Respondent, v. KURT J. MANN et al., Appellants. (Action No. 1.) KURT J. MANN et al., Appellants, v. HUHN ASSOCIATES, INC., Respondent. (Action No. 2.) — Motion by respondent to dismiss appeal granted; appeal dismissed. Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ In the Matter of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property for the De Kalb Avenue Reconstruction, in the Borough of Brooklyn. UNITED STATES OF AMERICA, Appellant; BERNARD W. COBLENTZ et al., Respondents.— Motion by respondents, the City Collector and the City of New York, for leave to appeal to the Court of Appeals, granted. The following question is certified: Was the order of this court, dated July 5, 1960, properly made? Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ In the Matter of FREDERICK SHAW et al., Petitioners, v. HARRY SILLECK et al., Respondents.— Motion by respondents to dismiss proceeding granted; proceeding dismissed. Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ (A) MARY Z. LUDOVICI et al., Appellants, v. CENTRAL SCHOOL DISTRICT No. 1, et al., Respondents, et al., Defendants. (B) THERESA ROBINSON, as Administratrix of the Estate of GREGORY B. ROBINSON, Deceased, Appellant, v. SUTTER BROS. et al., Respondents.— [In each action] Motion by respondents to dismiss appeal granted, with $10 costs; appeal dismissed. Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ In the Matter of ISIDORE REIF, Appellant, v. BERNARD J. O'CONNELL, as Commissioner of Licenses of the City of New York, Respondent.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the Corporation Counsel of the City of New York. Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.